UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DON M. ANDREWS, JR.                                              CIVIL ACTION

VERSUS                                                           NUMBER: 15-2639

WARDEN LONGINO, ET AL.                                           SECTION: "F"(5)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of Plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that that Plaintiff's suit is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(i) and (ii).

New Orleans, Louisiana, this  22nd  day of _____September_____, 2015.

_____
MARTIN L.C. FELDMAN
UNITED STATES DISTRICT JUDGE